IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN CEPEDA, on behalf of herself and others similarly situated, | : <br> : CIVIL ACTION NO 2:22-CV-01887-MAK <br> : |
| Plaintiff | : Honorable Mark A. Kearney <br> : |
| v. | : <br> : CLASS/COLLECTIVE ACTION |
| RDS HOME CARE INC., | : <br> : |
| Defendant | : |

**STIPULATION AND ORDER**

Evelyn Cepeda ("Plaintiff") and RDS Home Care Inc. ("Defendant") hereby **STIPULATE** as follows:

1. The following Fair Labor Standards Act ("FLSA") collective is conditionally certified pursuant to 29 U.S.C. § 216(b): **All individuals employed by Defendant who (i) provided home care services to more than one client in a single week during any week since May 13, 2019 and (ii) were not contemporaneously paid overtime wages based on the total combined hours worked on behalf of all clients.** The 14 individuals falling within this definition are referred to as "Putative Collective Members."

2. Plaintiff will not pursue her Pennsylvania Minimum Wage Act ("PMWA") claim as a class action claim under Federal Rule of Civil Procedure 23. However, Plaintiff and any Putative Collective Member who joins the FLSA collective will continue to assert a PMWA claim, and the limitations period applicable to such PMWA claim is tolled as of May 13, 2022. Nothing herein prevents Defendant from opposing the PMWA claim on the merits.

3. In agreeing to conditional certification, Defendant does not waive any future arguments or defenses. For example, Defendant reserves its right to move at some later time to decertify the FLSA collective or to otherwise argue that collective litigation is wholly or partially inappropriate. In addition,

Defendant asserts that some of the Putative Collective Members have received payments that compensate them for some or all of the overtime wages that were not contemporaneously paid by Defendant.  Nothing herein prevents Defendant from arguing that such payments mitigate the damages allegedly owed to such Putative Collective Members.

4. Within 2 business days of the Court's entry of this Order, Defendant's counsel will email to Plaintiff's counsel an Excel spreadsheet containing the name and last known mailing address of each Putative Collective Member.

5. Within 4 business days of the Court's entry of this Order, Plaintiff's counsel will mail to all Putative Collective Members other than Franklin Santana (who already has joined the action) finalized copies of the attached "Notice of Collective Action Lawsuit" form, the attached "Consent to Join" form, and a postage-paid return envelope bearing Plaintiff's counsel's address (collectively the "Notice Package").  Plaintiff's counsel will pay all postage and printing costs associated with the preparation and mailing of the Notice Packages.  If any Notice Package is returned as undeliverable, Plaintiff's counsel will make all reasonable efforts to update the address information and re-send the Notice Package.[1]

6. In order to join the FLSA collective pursuant to 29 U.S.C. § 216(b), a Putative Collective Member must complete his/her Consent Form and return it in an envelope postmarked on or before the deadline indicated in the Notice Package, which will be set at 42 calendar days after the initial mailing date.  Plaintiff's counsel will file with the Court each completed Consent Form within 5 business days of receipt.

---

[1] In addition, on the date falling 28 calendar days after the initial mailing date, Plaintiff's counsel may re-mail the Notice Package to any Putative Collective Members who have not returned a Consent to Join form and for whom a Notice Package is returned with a change of address indicated.

**FOR PLAINTIFF:**

/s/ Michelle Tolodziecki  October 7, 2022
Winebrake & Santillo, LLC  Date

**FOR DEFENDANT:**

/s/ Jill Welch  October 7, 2022
Barley Snyder LLP  Date

**SO ORDERED THIS \_\_\_\_ DAY OF _____, 2022.**

_____
KEARNEY, J.

[*insert date*]

# NOTICE OF COLLECTIVE ACTION LAWSUIT

*Cepeda v. RDS Home Care Inc., 2:22-cv-01887-MAK*
United States District Court, Eastern District of Pennsylvania

**TO:**   [*INSERT NAME*]

This Notice tells you about a lawsuit seeking unpaid overtime wages allegedly owed to certain individuals employed by RDS Home Care Inc. ("the Company") since May 13, 2019.  You have a right to participate in the lawsuit if you were employed by the Company at any time since May 13, 2019 to the present, and provided home care services to more than one client in a single work week, but were not contemporaneously paid overtime wages based on the total combined hours worked on behalf of all clients in a work week.

## DESCRIPTION OF THE LAWSUIT

Under federal and state law, employees are generally entitled to overtime wages for hours worked over 40 per week.  The lawsuit alleges that, in calculating the overtime wages owed to you and other home health aides who provided services to more than one client in a single week, the Company violated the law by failing to pay overtime wages based on the ***combined*** hours servicing ***all*** clients during the week.

For example, according to the lawsuit, a home health aide who spent 30 hours providing services to one client and 20 hours providing services to another client would be entitled to 10 hours of overtime pay.  That's because, under this example, the aide's total combined hours equal 50.

The lawsuit alleges that the Company violated federal and state overtime law by failing to pay overtime wages based on the aide's total combined weekly work hours.

The Company denies that it is liable to all home health aides and asserts that it has made good faith efforts to reimburse home health aides who provided home care services to more than one client in a single work week with overtime pay.

The lawsuit is in the early stages.  The Judge has made no ruling on the merits of the case and has not yet decided who will win.

## HOW TO JOIN THE LAWSUIT

Whether or not to join the lawsuit is entirely up to you.  You are not required to join the lawsuit or respond to this Notice if you do not wish to do so.  If you wish to join, you must complete the enclosed "Consent to Join" form and return it (preferably in the enclosed envelope) to:

Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA  19025
Email:  mtolodziecki@winebrakelaw.com

Your return envelope must be postmarked by **[*Insert Deadline*]**.

1

## **RETALIATION PROHIBITED**

If you join the lawsuit, federal law prohibits the Company from retaliating against you as a result of your participation.

## **EFFECT OF JOINING THE LAWSUIT**

If you join the lawsuit, you will be bound by the Judge's rulings on all issues and any settlement reached in the case, including the reasonableness of any settlement.  If the Court finds in favor of the employees, the Court will determine if you are eligible for a money payment and the amount of such payment.  If the Court finds in favor of the Company, you will receive nothing.  By joining the lawsuit, you may be required to participate in formal discovery or trial proceedings.

## **EFFECT OF NOT JOINING THE LAWSUIT**

If you do not join the lawsuit, you will not be affected by any judgment or settlement resulting from the lawsuit, whether it is favorable or unfavorable.

## **YOUR LEGAL REPRESENTATION IF YOU JOIN**

If you join the lawsuit, you will be represented by Winebrake & Santillo, LLC unless you decide to retain your own lawyer.  The Winebrake & Santillo firm is located at 715 Twining Road, Suite 211, Dresher, PA  19025 and its phone number is (215) 884-2491.  The firm's website is www.winebrakelaw.com

You are not required to pay any fees to this law firm.  The firm has taken this case on a "contingency" basis.  If the lawsuit results in a recovery, the firm will ask the Judge to award legal fees separate and apart from your individual recovery.

Please call the Winebrake & Santillo firm at (215) 884-2491 if you have any questions or desire any additional information about the lawsuit.

**THIS NOTICE HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA.  THE COURT HAS TAKEN NO POSITION REGARDING THE LAWSUIT'S MERITS.**

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN CEPEDA, on behalf of herself and others similarly situated, | : : | |
| Plaintiff | : : | CIVIL ACTION NO 2:22-CV-01887-MAK |
| v. | : : | Honorable Mark A. Kearney |
| RDS HOME CARE INC., | : : | CLASS/COLLECTIVE ACTION |
| Defendant | : : | |

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the judgment of the Court on all issues in this action, including the fairness of any settlement.

_____  _____
Signature                                                                                  Date

_____
Name (Please Print Neatly)

_____
Address

_____
City, State, Zip Code

_____
Phone Number

_____
Email Address

**Return to:**

WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA  19025
Phone:  (215) 884-2491
Fax:  (215) 884-2492