IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN CEPEDA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-1887 |
| | : | |
| RDS HOME CARE INC. | : | |

## ORDER

**AND NOW**, this 12th day of October 2022, upon reviewing the parties' Stipulation (ECF Doc. No. 15) addressing progress consistent with Federal Rule of Civil Procedure 1 and our August 8, 2022 Order (ECF Doc. No. 12), it is **ORDERED** the Stipulation (ECF Doc. No. 15) is **APPROVED** requiring:

1. We conditionally certify a Fair Labor Standards Act Collective Action under 29 U.S.C. § 216(b) as: **All individuals employed by Defendant who (i) provided home care services to more than one client in a single week during any week since May 13, 2019 and (ii) were not contemporaneously paid overtime wages based on the total combined hours worked on behalf of all clients**;

2. Defendant's counsel shall email Plaintiff's counsel an Excel spreadsheet containing the name and last known mailing address of each Putative Collective Member no later than **October 14, 2022**;

3. Plaintiff's counsel will, no later than **October 18, 2022**, mail the finalized copies of the "Notice of Collective Action Lawsuit" form, "Consent to Join" form, and postage-paid return envelope bearing Plaintiff's counsel's address identified to Putative Collective Members other than Franklin Santana;

4. Plaintiff's counsel is responsible for all postage and printing costs associated with preparation and mailing of these documents and making all reasonable efforts to update the address

information for undeliverable mailings and re-send the information no later than **November 15, 2022**;

5. A person intending to become a Putative Collective Member must complete his/her Consent Form and return it in the provided postmarked envelope to Plaintiff's counsel on or before **December 9, 2022**;

6. **We dismiss class action claims under the Pennsylvania Minimum Wage Act** as withdrawn without prejudice but Plaintiff and a person timely joining the Collective Action may continue to assert a Pennsylvania Minimum Wage Act claim with the limitations period tolled as of May 13, 2022 with all preserved defenses; and,

7. Plaintiff's counsel shall file each completed Consent Form within five business days of receipt from a Putative Collective Member.

_____
KEARNEY, J.